UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DANIEL CERAJEWSKI, <br> PLAINTIFF, <br> <br> vs. <br> <br> ASSETCARE INC., <br> DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) Cause Number: <br> )    2 10 C V 413 <br> ) <br> ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL**

Plaintiff, Daniel Cerajewski on behalf of himself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, Assetcare Inc., allege and state as follows:

**INTRODUCTION**

**1.**   This is an action for damages brought by the Plaintiff, for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

**JURISDICTION**

**2.**   This Court has jurisdiction over the claims in this matter pursuant to 15 U.S.C. § 1692.

**PARTIES**

**3.**   Mr. Cerajewski is an individual consumer currently residing in Lake County, Indiana.

**4.**   Assetcare Inc. is a collection agency who conducts business and is incorporated in

1

1. The maximum amount of statutory and actual damages provided under the FDCPA.

2. Attorney's fees, litigation expenses and costs.

3. Such other and further relief as is appropriate.

Respectfully submitted

By *[signature]*

Michael P. McIlree

### VERIFICATION

I declare that the foregoing statements are true and accurate to the best of my knowledge.

*[signature]*
DANIEL CERAJEWSKI, Plaintiff

### JURY DEMAND

*[signature]*
Plaintiff demands trial by jury.

Michael P. McIlree, #19847-45
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
Tel: (219) 548-1800
Fax: (219) 548-5905
Attorney for Plaintiff

3

EXHIBIT A

PO BOX 15379  
Dept. IV  
WILMINGTON, DE  19850

**ASSETCARE, INC.**  
5100 Peachtree Industrial Blvd., Norcross, GA 30

Calls to or from this company may be monitored or recorded for quality assurance.

866-429-3597  
OFFICE HOURS:  
8AM-9PM MON THRU THURSDAY  
8AM-5PM FRIDAY  
8AM-12PM SATURDAY  
Aug 4, 2010

8464-23299

HQH843  
DANIEL CERAJEWSKI  
7421 MISSISSIPPI ST  
MERRILLVILLE IN  46410-4832

TOTAL BALANCE: $ 1201.30  
(SEE BACK FOR DETAIL)

You can settle the account(s) for a lump sum payment of 50% of the total balance listed above. This offer will remain v for a minimum of 45 days from the date of this letter and may be extended for an additional period. Before makir settlement payment after 45 days from the date of this letter, please confirm with one of our representatives that this off still valid. Should you choose to accept this offer, please enclose this letter or a copy with your settlement and mark y check or money order with the account reference number listed below and that this is a settlement.

**You may also make payment by visiting us online at www.assetcareinc.com. Your unique registration code is CHQH8 7C25DD.** To receive future notices for the account(s) by e-mail, visit www.assetcareinc.com for details.

Returned checks may be subject to the maximum fees allowed by your state.

If you need to talk with a representative, please call 866-429-3597.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any por thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgr or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide with the name and address of the original creditor, if different from the current creditor.

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDO

| Our Account # | Total Balance |
|---|---|
| | $ 1201.30 |

DANIEL CERAJEWSKI  
Payment Amount ⬇

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

ASSETCARE, INC.  
PO BOX 15380  
WILMINGTON DE  19850-5380

EXHIBIT B

8/16/10

ASSETCARE, Inc.
P.O. Box 15380
Wilmington, De. 19850

Your Account # ▓▓▓▓▓▓

I dispute the validity of the alleged debt. I request verification of the alleged debt.

▓▓▓▓
Daniel J. Cerajewski
7421 Mississippi St.
Merrillville, In. 46410-4832

---

Daniel J. Cerajewski
7421 Mississippi St.
Merrillville, In. 46410

ASSETCARE, Inc.
P.O. Box 15380
Wilmington, De. 19850



